UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT A. REAGOR,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LOSACCO, et al.,<br><br>Defendants. | Case No. 19-cv-05493-HSG<br><br>**ORDER OF DISMISSAL** |

On August 14, 2019, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. Dkt. No. 1. On November 26, 2019, the Court dismissed the complaint with leave to amend. Dkt. No. 12. Plaintiff was instructed to file an amended complaint by December 24, 2019, and informed that the failure to do so would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and plaintiff has not filed an amended complaint. Plaintiff has not communicated with the Court since October 1, 2019. *See* Dkt. No. 9. Accordingly, this action is DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 1/13/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge